Date : 05/18/2005
Time : 13:49

## Account Activity Ledger
From: 12/18/2004 To: 05/18/2005

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00255522   Name FOX, LINDA | | | | Block 4 | | Previous Balance | | 0.11 |
| REC.3/21.CK.US.TRSY | 03/21/2005 | 16:21 | B#36603 | D | | 332.00 | | 332.11 |
| P/T.ONE.HANES.PLACE. | 03/23/2005 | 15:59 | B#36629 | W | | | -33.98 | 298.13 |
| P/T.JEREMEY.FOC.3/23 | 03/23/2005 | 15:59 | B#36630 | W | | | -10.00 | 288.13 |
| REC.3/27 | 03/28/2005 | 16:59 | B#36671 | D | | 15.00 | | 303.13 |
| Sales Transaction | 03/29/2005 | 12:41 | I#70172 | I | 117.06 | | | 186.07 |
| Sales Transaction | 04/05/2005 | 11:20 | I#70448 | I | 61.34 | | | 124.73 |
| P/T.JO.CLARK.4/5 | 04/05/2005 | 14:42 | B#36776 | W | | | -20.00 | 104.73 |
| INTL.FIL.FEE.CRT.PYM | 04/05/2005 | 15:16 | B#36783 | W | | | -35.81 | 68.92 |
| ZOE.SUB.FNDRSR.4/6 | 04/06/2005 | 15:16 | B#36799 | W | | | -6.00 | 62.92 |
| Sales Transaction | 04/12/2005 | 09:56 | I#70635 | I | 14.94 | | | 47.98 |
| P/T.LINDA.FOX.4/14 | 04/14/2005 | 15:01 | B#36899 | W | | | -30.42 | 17.56 |
| P/T.JACK.L.MARCUS.4/ | 04/14/2005 | 15:02 | B#36900 | W | | | -17.50 | 0.06 |

```
                Deposits    2   For  $     347.00
                Withdraws   7   For  $    -153.71
                Invoices    3   For  $     193.34
```



FILED
JUN 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE