(Rev. 4/97)

**ORIGINAL**

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

0 5 - 3 6 4 -

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

FILED

JUN 1 - 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Linda Sue Fox
(Enter above the full name of the plaintiff in this action)

V.

Stanley Taylor, Commissioner, in offical and individual Capacity
Paul Howard, Bureau Chief of Prisons, in his official and individual capacity
Patrick Ryan, Warden BWCI, in his official and individual capacity

(Enter above the full name of the defendant(s) in this action)

Darren Carter, Capt. BWCI, in his individual and official Capacity
Sandra Rayne, Cpl. BWCI in her individual and official Capacity

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal courts dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
YES [ ✓ ]    NO [ ]

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.    Parties to this previous lawsuit

Plaintiffs Linda Fox

Defendants See Exhibit A

2. Court (if federal court, name the district; if state court, name the county)

District of Delaware

3. Docket number _CA-04-1257 KAJ_

4. Name of judge to whom case was assigned _KENT A. JORDAN_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _2004_

7. Approximate date of disposition _Unknown_

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ✓ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [ ]

C. If your answer is YES,

1. What steps did you take? _Filed a grievance, wrote letters, asked to speak to shift Commander_

2. What was the result? _Nothing_

_____

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ✓ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _SEE II(c)_

_____

2. What was the result? _SEE II(c)_

_____

III.    Parties

(In item A below, place your name in the first blank and place your present address
in the second blank.  Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff _____ Linda Fox _____

Address  660 Baylor Blvd  New Castle DE 19720

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank.  Use
item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant Stanley Taylor _____ is employed as Commissioner

Dept. of Correction at Dept. of Corrections

C.    Additional Defendants Paul Howard, Bureau Cheif of DOC,

Patrick Ryan, Warden, D.O.C. BWCI, Darren Carter

Capt, DOC BWCI,        Rayne, Cpl. D.O.C.

BWCI

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant
is involved.  Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes.  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need.  Attach extra sheet if necessary.)

Cpl. Rayne verbally abused the Petitioner by screaming
and cursing her, which was unprovoked.  Cpl.
Rayne made threats to the Petitioner to double and
triple her sanctions if Petitioner requested to speak
to shift Commander again.  Cpl. Rayne acted
out of Retaliation for a previous complaint made
by Petitioner to the    -3-    Deputy warden because
of Previous abuse (verbal) and Cpl. Raynes actions

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
 Cite no cases or statutes.)

To issue an order to cease and desist to the
Dept. of Corrections for Abuse, against inmates
and retalitory actions by Correctional Officers to
inmates of B.W.C.I. Abuse includes verbal, physical,
and sexual abuse (swept under carpet) and order an
unannounced investigation as to same.

Signed this 23rd day of May ,2005

_____
                                  (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.


    5/23/05                        _____
      Date                                ( Signature of Plaintiff)

-4-