Dear Clerk,                    May 25, '05

Enclosed you will find another Suit against the Department of Corrections for verbal abuse and such.

I would like to keep this as a seperate case if at all possible and would appreciate knowing what the court will do as far as setting this as a seperate case. I have 1 other suit pending at this time. If the court is inclined to merge the case I am acceptable to that decision. Please advise.

I would also like to know if I need to file Marshall forms on my other case. It has been almost a year and I need to know if the Defendants will be or have been served.

I would also appreciate it if the Court will send me information on filing a class action Suit — Rules, Procedures, and forms as our Law Library is not currently manned by a Paralegal.

Sincerly

Linda Fox

FILED
JUN - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Judge Jordan has my other case

I enclosed copies for each Defendant listed