Dear Clerk,

I recently filed a new "1983"; approximately a week ago. Please add this list to the packet as I forgot to attatch it.

Please notify me of reciept of these documents.

Sincerely

Linda Fox
SBI 255522


FILED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE