List of Defendants

Linda Fox
v.

**ORIGINAL**

Civil Action No. 05-364 (KAJ)

Stanley Taylor, Commissioner Dept. of Corrections
 in his individual and Official
 Capacity

Paul Howard, Bureau Chief of Prisons, Dept. of Corrections
 in his individual and official
 capacity

Above two defendants are located at
 245 McKee Rd.
 Dover Delaware 19973

FILED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Patrick Ryan, Warden, Baylor's Womens Correctional
 660 Baylor Blvd, New Castle DE 19720
 in his official and individual
 capacity

Darren Carter, Capt. Baylors Womens Correctional
 660 Baylor Blvd, New Castle De 19720
 in his official and individual capacity

Sandra Rayne, Cpl. Baylor Womens Correctional
 660 Baylor Blvd New Castle De 19720
 in her individual and
 official capacity



Linda Fox
600 Baylor Blvd
New Castle DE
19720

Office of the Clerk
United States District Court
Lockbox 18
844 King St.
US Courthouse
Wilmington DE 19801