IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA SUE FOX,<br><br>       Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR, PAUL HOWARD,<br>PATRICK RYAN, DARREN CARTER,<br>and SANDRA RAYNE,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-364-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without payment of the filing fee;

WHEREAS, on July 5, 2005, this Court entered an order granting leave to proceed *in forma pauperis* and requiring the plaintiff to file a certified copy of this prison trust account statement (D.I. 4);

WHEREAS, on July 5, 2005, this Court entered an order assessing $11.57 as an initial partial filing fee, and requiring the plaintiff to complete and return an authorization form (D.I. 4);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 25th day of August, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint if DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE