Office of the Clerk
United States District Court
Lockbox 18
844 King Street
US Courthouse
Wilmington De. 19801

July 14, 2005

CASE: 04-1257 KAJ
05- 364 KAJ

FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

I am writing to notify you of a temporary change of address. I am still incarcerated, just at a different location. I would also like to know how I can obtain copies of the following cases, as we do not have access to a law library, nor am I permitted to leave this facility.

Ray v Robinson 640 F. 2d 474, 477
  (3rd Cir 1981)
Smith-Bey v Petsock 741 F.2d; 22, 26
  (3rd Cir 1984)
Tabron v Grace 6 F. 3d 147, 155
  (3rd Circ. 1993)

These cited cases are cited on an Order issued by the Court. I need these cases as soon as feasibly possible as I am limited on the time that I have to respond to this order.

I would also appreciate knowing when I should complete Marshall papers for both cases referenced on the previous page.

Thanking you in advance for your information and time in this matter.

Sincerely,

Linda Fox





Linda Foy
38 Todds Lane
Wilmington De
19802

United States District Court
Lockbox 18
844 King Street
US. Courthouse
Wilmington Delaware 19801

U.S.M.S.
X-RAY