IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA SUE FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-364-KAJ |
| | ) |
| STANLEY TAYLOR, PAUL HOWARD, | ) |
| PATRICK RYAN, DARREN CARTER, | ) |
| and SANDRA RAYNE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 25, 2005, this court entered an order dismissing the complaint for failure to complete and return an authorization form (D.I. 7);

WHEREAS, the plaintiff filed the authorization form on September 27, 2005 (D.I. 9) as the plaintiff was being moved between facilities;

THEREFORE, at Wilmington this 7th day of October, 2005, IT IS HEREBY ORDERED that the Clerk of the Court shall reopen this action. The Court shall review the plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) in due course.

UNITED STATES DISTRICT JUDGE