To be filed under:

April 23, 2006

Please take note of my address change:

Linda Fox
426 N. Pine Street
Seaford, Delaware 19973

2006 MAY -3 PM 4:36

Page 1

Fox
426 N. Pinest
Seaford De
19973

RECEIVED
US DBA ATION OF...
2006 MAY -3 AM 10: 50

United S
Canvel S
Wilm

KAJ