OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 10, 2006

TO:   Linda Fox
      426 North Pine Street
      Seaford, DE 19973

      **RE:   U.S. Marshal 285 Forms**
      *Civil Action #05-364(KAJ)*

Dear Ms. Fox:

   Please be advised that this office has received the USM 285 form for defendant Sandra Rayne. The Clerk's Office still requires you to submit a USM 285 form for the Attorney General.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service upon receipt of the USM 285 form for the Attorney General. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc:   The Honorable Kent A. Jordan