IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDA SUE FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-364-KAJ |
| | ) | |
| CPL. SANDRA RAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

WHEREAS, Plaintiff filed this action pursuant to 42 U.S.C. § 1983 without

prepayment of the filing fee;

WHEREAS, on March 17, 2006, the Court entered an order requiring Plaintiff to

complete and return USM-285 forms for the Defendant and the Attorney General for the

State of Delaware; informing Plaintiff that the United States Marshal would not serve

the complaint until all USM-285 forms were received by the Clerk of the Court; and that

failure to provide said forms within 120 days from the date of the order may result in the

complaint being dismissed or Defendant being dismissed pursuant to Fed. R. Civ. P.

4(m) (D.I. 11);

WHEREAS, on May 10, 2006, Plaintiff was advised that the Court had not yet

received the USM-285 form for the Attorney General for the State of Delaware (D.I. 13);

WHEREAS, to date, the Court has not received the required USM-285 form from

Plaintiff;

THEREFORE, at Wilmington this 25th day of July, 2006, IT IS HEREBY

ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to

Fed. R. Civ. P. 4(m)

UNITED STATES DISTRICT JUDGE